

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JEROME ADDISON, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:08-3649-HFF-RSC |
| | § | |
| STATE OF SOUTH CAROLINA, | § | |
| Defendant. | § | |

## ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that the complaint be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on November 6, 2008, and the Clerk of Court entered Plaintiff's objections to the Report on November 13, 2008.

Plaintiff's objections fail to undermine the Magistrate Judge's correct conclusions that the harm he complains of and the relief he seeks–i.e., illegal imprisonment and release from prison along with damages for lost wages–are improper under § 1983.  Furthermore, he fails to respond to the Magistrate Judge's correct conclusion that the sole Defendant, the State of South Carolina, is immune from suit under § 1983.  The Court finds Plaintiff's general references to rights to petition the government, his requests for administrative relief, and his remaining objections to be without merit.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report and incorporates it herein.  Therefore, it is the judgment of this Court that the complaint be **DISMISSED** *without prejudice* and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 29th day of January, 2009, in Spartanburg, South Carolina.

s/ Henry  F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within 30 days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.